IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, | CRIMINAL NO. 3:08-401 (CMC) |
| v. | **OPINION and ORDER** |
| Demego Antwane Robinson, | |
| Defendant. | |

This matter is before the court pursuant to Defendant's *pro se* "Motion to Show Cause Why Relief under Amendment 782 of the Guidelines is [not] Warrant[ed]." ECF No. 337. Relief under U.S.S.G. Amendment 782 was denied on October 13, 2015. Order, ECF No. 319. Therefore, the court construes Defendant's motion as a second motion for reconsideration.[1]

Pursuant to *United States v. Goodwyn*, 596 F.3d 233, 236 (4th Cir. 2010), "the clear intent of § 3582 is to *constrain* postjudgment sentence modifications . . . ." Section § 3582(c) "gives a district court one—and only one—opportunity to apply the retroactive amendments and modify the sentence." *United States v. Mann*, 435 F. App'x 254, 254 (2011) (citing *Goodwyn*, 596 F.3d at 236); *see also United States v. Redd*, 630 F.3d 649, 651 (7th Cir. 2011). Accordingly, this court is without jurisdiction to entertain Defendant's motion for relief under § 3582(c).

Therefore, Defendant's motion for reconsideration is dismissed as this court is without jurisdiction to entertain it.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie<br>
CAMERON McGOWAN CURRIE<br>
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
January 6, 2016

---

[1] A previous motion for reconsideration was dismissed on October 22, 2015. ECF No. 324.